### Greek-American Sponge Company, Appellee, v. B. Van Buren, Appellant.

#### Gen. No. 23,169. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. ARNOLD HEAP, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed November 30, 1917. Rehearing denied December 12, 1917.

#### Statement of the Case.

Action for goods sold and delivered by the Greek-American Sponge Company, a corporation, plaintiff, against B. Van Buren, defendant. From a judgment for plaintiff for $369.89, defendant appeals.

RATHJE & WESEMAN, for appellant.

Elbert C. Ferguson, for appellee.

Mr. Presiding Justice Goodwin delivered the opinion of the court.

## Abstract of the Decision.

1. Appeal and error, § 1411*—*when judgment for plaintiff not disturbed.* In an action for goods sold and delivered, where the evidence, while conflicting, is sufficient to support it, a judgment for plaintiff will not be disturbed.

2. Evidence, § 67*—*when properly excluded.* It is not error to refuse to admit evidence which does not tend to prove any issue in dispute.

3. Sales, § 329*—*when evidence supports verdict for plaintiff.* In an action for goods sold and delivered, evidence *held* to support a verdict for plaintiff.